PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
CR10-952-PA

DOCKET NUMBER (Rec. Court)
CR 16 129 RS

FILED 2016 MAR 28

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Tony Dam<br><br>San Francisco, California 94124 | Central of California | |
| | NAME OF SENTENCING JUDGE<br>Percy Anderson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM January 14, 2016 — TO January 13, 2021 |

OFFENSE

21:846 Conspiracy and Attempt to Distribute Controlled Substance

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 17, 2016
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/25/16
_Effective Date_

Haywood S. Gilliam, Jr.
_United States District Judge_